# Court of Appeals
# of the State of Georgia

ATLANTA, February 22, 2013

*The Court of Appeals hereby passes the following order:*

**A12A1832.  HADDON PLACE, LLC v. P.I. HOLDINGS, NO., INC.**

This case was docketed on May 10, 2012.  On February 7, 2012, Appellants and Appellees filed a joint Motion to Stay Appeal through July 30, 2013. The parties based their motion on their entry into a Settlement Agreement and Release with certain conditions precedent that have not been met. Pursuant to Ga. Const. of 1983, Art. VI, Sec. IX, Par. II, this Court "shall dispose of every case at the term for which it is entered on the court's docket for hearing or at the next term." This two-term rule imposes a constitutional requirement for all docketed appeals to be pursued diligently and decided within the prescribed time limitation. In light of this constitutional requirement, the joint Motion to Stay Appeal is DENIED.

For the sake of judicial efficiency, and in the interest of promoting the settlement, we REMAND this case to the Superior Court of Henry County to allow the parties the requested opportunity to finalize and execute their settlement agreement. In the event this agreement does not resolve all issues in this case, the record may then be re-filed and the case re-docketed with the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/22/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*